UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BERNARD SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:15 CV 1456 CDP |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

Plaintiff Bernard Scott filed this case on September 23, 2015, appealing the denial of his applications for Disability Insurance Benefits and Supplemental Security Income. I reversed and remanded the case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on August 19, 2016.

Plaintiff now seeks attorney's fees in the amount of $5,219.14, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The Commissioner does not object to plaintiff's request. Because plaintiff prevailed and is not otherwise precluded from recovering attorney's fees and costs, I find that plaintiff is entitled to an award in the amount requested.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [25] is **GRANTED**, and plaintiff shall recover attorney's fees in the amount of Five Thousand Two Hundred Nineteen and 14/100 dollars ($5,219.14).

**IT IS FURTHER ORDERED** that the award shall be made payable to Traci L. Severs, pursuant to the Assignment of Federal Court EAJA Attorney Fee executed by the plaintiff in this case (*see* ECF #26-3) unless plaintiff has a pre-existing debt owed to the United States, in which case the award shall be made payable to the plaintiff and shall be subject to offset to satisfy such debt.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 31st day of October, 2016.